IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TIMOTHY CATER, Individually and as
Court-Appointed Guardian and Natural
Father of Eric Devone Cater, an
Incompetent Person                                              PLAINTIFF

v.                      No. 5:18-cv-47-DPM

ARKANSAS DEPARTMENT OF CORRECTION;
WENDY KELLEY, in Her Individual and Official
Capacities as Director of the Arkansas
Department of Correction; DALE REED, in His
Individual and Official Capacities as Chief Deputy
Director of Varner/Varner Supermax Unit;
RANDALL WATSON, in His Individual Capacity
and as Warden of Varner/Varner Supermax Unit;
JEREMY ANDREWS, in His Individual Capacity and
as Deputy Warden of Varner/Varner Supermax Unit;
ARRON STONE, in His Individual Capacity and as a
Correctional officer of Varner/Varner Supermax
Unit; and JOHN DOES 1–6                                         DEFENDANTS

## ORDER

The Court noted last week Cater's motion, № 3, and notes his request for a ruling, № 6, filed today. The Court would appreciate a response to the motion from the answering defendants. The Court

needs to know their position on service-related issues. The Court will address the elusive defendant Stone in due course.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 June 2018