# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TIMOTHY CATER, Individually and as
Court-Appointed Guardian and Natural
Father of Eric Devone Cater, an
Incompetent Person                                                              PLAINTIFF

v.                              No. 5:18-cv-47-DPM

ARKANSAS DEPARTMENT OF CORRECTION;
WENDY KELLEY, in Her Individual and Official
Capacities as Director of the Arkansas
Department of Correction; DALE REED, in His
Individual and Official Capacities as Chief Deputy
Director of Varner/Varner Supermax Unit;
RANDALL WATSON, in His Individual Capacity
and as Warden of Varner/Varner Supermax Unit;
JEREMY ANDREWS, in His Individual Capacity and
as Deputy Warden of Varner/Varner Supermax Unit;
ARRON STONE, in His Individual Capacity and as a
Correctional officer of Varner/Varner Supermax
Unit; and JOHN DOES 1-6                                                         DEFENDANTS

## ORDER

All of the named defendants have answered Cater's complaint. № 5 & № 8. Nobody has responded to the pending motion on service, № 3. If the answering defendants don't respond by 6 July 2018, the Court will assume the motion is unopposed and proceed accordingly.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 June 2018