# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

IN THE MATTER OF                                                                           PLAINTIFFS
ERIC DEVONE CATER, an Incompetent
Person, by and through TIMOTHY
CATER, Guardian as Natural Father and,
ERIC DEVONE CATER Individually, and
TIMOTHY CATER, Individually

v.                                CASE NO. 5:18-CV-47-DPM

ARKANSAS DEPARTMENT OF                                                                     DEFENDANTS
CORRECTION, *et al.*

## CONFIDENTIALITY AND PROTECTIVE ORDER

Before the Court is the motion for protective order filed by consolidated Defendants Arkansas Department of Correction, Wendy Kelley, Dale Reed, Randall Watson and Jeremy Andrews. Plaintiffs do not oppose the motion.

1. The parties are engaged in discovery production and ADC Defendants have raised confidentiality defenses as to Plaintiff's discovery requests pertaining to inmate records, confidential informants, internal affairs reports, contraband cell phone investigations, ADC personnel files and other identifying documents that may contain protected confidential information.

2. That the Court hereby orders that any materials provided by the ADC Defendants marked "confidential" or "protected" by the ADC Defendants shall be protected from any further disclosure, dissemination, or review, except as necessary for expert consultation. Any retained expert is also prohibited from any disclosure, dissemination or publication, other than to counsel of record, unless allowed by the Court upon Motion by a party. Counsel must also give prior notice to all counsel of record before disclosing any confidential or protected material to any retained expert.

3. Information designated as "confidential" or "protected" must not be filed on the public docket. If practicable, it should be redacted. Fed. R. Civ. P. 5.2. If an entire page contains confidential or protected information, substituting a page marked "redacted" is an acceptable redaction method. If redaction is impracticable, a party must move for permission to file any confidential or protected information and any related motion, brief, or paper, containing that material under seal. The moving party must justify sealing with specifics and solid reasons, including an explanation about why redaction cannot be done.

4. This Order shall remain in effect for one year after this case ends, including any appeal. Thereafter, the obligations imposed shall continue, but shall be solely a matter of contract between the parties.

IT IS SO ORDERED.

*DPMarshall Jr.*   20 November 2019

THE HONORABLE D.P. MARSHALL JR.
UNITED STATES DISTRICT COURT