IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TIMOTHY CATER, Individually and as
Court-Appointed Guardian and Natural
Father of Eric Devone Cater, an
Incompetent Person                                                          PLAINTIFF

v.                              No. 5:18-cv-47-DPM

ARKANSAS DEPARTMENT OF CORRECTION;
WENDY KELLEY, in Her Individual and Official
Capacities as Director of the Arkansas
Department of Correction; DALE REED, in His
Individual and Official Capacities as Chief Deputy
Director of Varner/Varner Supermax Unit;
RANDALL WATSON, in His Individual Capacity
and as Warden of Varner/Varner Supermax Unit;
JEREMY ANDREWS, in His Individual Capacity and
as Deputy Warden of Varner/Varner Supermax Unit;
ARRON STONE, in His Individual Capacity and as a
Correctional officer of Varner/Varner Supermax
Unit; and JOHN DOES 1–6                                                    DEFENDANTS

ORDER

Joint motion, *Doc. 60*, granted on the alternative relief requested. The many prior extensions have not achieved their purpose. And it is unlikely that a further short extension will enable the parties to overcome the virus-related challenges and finish working up this older case for dispositive motions or trial. For good cause, the Court therefore suspends the Fourth Amended Final Scheduling Order, *Doc.*

55, and stays this case until 4 June 2021.  The case is also administratively terminated.  The parties must be prepared to sprint on discovery, motions, and trial preparation after the stay is lifted and a new Scheduling Order issues.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 October 2020