IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CIVIL DIVISION

TIMOTHY CATER, Individually and as
Court Appointed Guardian and Natural
Father of Eric Devone Cater, an incompetent
person                                                                                                PLAINTIFF

v.                              No. 5:18-cv-47-DPM

ARKANSAS DEPARTMENT OF
CORRECTION;  DEXTER PAYNE, in his
Individual Capacity and in his Official
Capacity as current Director of the Arkansas
Department of Corrections;  DALE REED,
in his Individual Capacity, and in his Official
Capacity as Chief Deputy Director of
Varner/Varner Supermax Unit;  RANDALL
WATSON, in his Individual Capacity and
as Warden of Varner/Varner Supermax Unit;
JEREMY ANDREWS, in his Individual
Capacity and as Deputy Warden of Varner/
Varner Supermax Unit;  ARRON STONE,
in his Individual Capacity and as a
Correctional Officer of Varner/Varner
Supermax Unit;  and JOHN DOES 1-6,
unknown individuals or entities who had
supervisory authority for the protection
and safety protocol for inmate safety;
unknown individuals or entities who had
the direct responsibility for the daily
safety protocol for inmates' safety                                            DEFENDANTS

## JUDGMENT

Cater's complaint is dismissed with prejudice.

*WPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

1 March 2024